TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00035-CR







Frank Flores, III, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT


NO. CR88-0149-B, HONORABLE CURT F. STEIB, JUDGE PRESIDING







PER CURIAM



 This is an appeal from an order revoking probation. Appellant has filed an
amended motion to withdraw the appeal. No decision of this Court has been delivered. The
motion is granted and the appeal is dismissed. Appellant's original motion to dismiss appeal is
dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Amended Motion


Filed: June 7, 1995


Do Not Publish